**Rayad Jimmy MOHAMMED,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

No. 08–10196
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 15, 2008.

Lawrence R. Metsch, Metsch & Metsch, P.A., Aventura, FL, for Plaintiff–Appellant.

Dexter A. Lee, Anne R. Schultz, Laura Thomas Rivero, U.S. Attorney's Office, Miami, FL, for Defendant–Appellee.

Before ANDERSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Rayad Jimmy Mohammed appeals the dismissal with prejudice of his civil action for failure of the complaint to state a claim. Having considered the briefs and relevant parts of the record, we conclude that the district court properly granted the motion to dismiss filed by the United States for the reasons stated in the court's well-reasoned opinion. (R.1–34.)

**AFFIRMED.**